RICK D. ROSKELLEY, ESQ., Bar # 3192
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
E-mail: rroskelley@littler.com

Attorneys for Defendant
DESERT PALACE, INC. d/b/a CAESARS PALACE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST, by and through its fiduciary Kim Gould; SOUTHERN NEVADA JOINT MANAGEMENT AND CULINARY AND BARTENDERS TRAINING FUND, by and through its Fiduciary Terry Greenwald; CULINARY AND BARTENDERS TIP EARNERS LEGAL ASSISTANT FUND, by and through its Fiduciary Terry Greenwald; and CULINARY AND BARTENDERS HOUSING PARTNERSHIP FUND, by and through its Fiduciary D. Taylor,<br><br>Plaintiffs,<br>v.<br><br>UNITE HERE HEALTH, by and through its fiduciary, Matthew Walker,<br><br>Defendants. | Case No. 2:13-cv-01571-APG-PAL<br><br>*Consolidated with*:<br>Case No. 2:13-cv-0069-GMN-PAL<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS DEFENDANT DESERT PALACE, INC. WITH PREJUDICE** |

Plaintiffs, SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST, SOUTHERN NEVADA JOINT MANAGEMENT AND CULINARY AND BARTENDERS TRAINING FUND, CULINARY AND BARTENDERS TIP EARNERS LEGAL ASSISTANT FUND, and CULINARY AND BARTENDERS HOUSING PARTNERSHIP FUND, by and through their respective counsel of record, hereby stipulate and respectfully request an order

dismissing Defendant DESERT PALACE, INC. with prejudice. Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: October 24, 2018

Respectfully submitted,

*/s/ Daryl E. Martin, Esq.*
KEVIN B. CHRISTENSEN, ESQ.
DARYL E. MARTIN, ESQ.
WESLEY J. SMITH, ESQ.
CHRISTENSEN JAMES & MARTIN

Attorneys for Plaintiff
UNITE HERE HEALTH

Dated: October 24, 2018

Respectfully submitted,

*/s/ Rick D. Roskelley, Esq.*
RICK D. ROSKELLEY, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
DESERT PALACE, INC. d/b/a CAESARS PALACE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 25, 2018.

FIRMWIDE:159159397.1 013234.2401

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.